```
1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

**FILED**

MAR 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MUNOZ GALVAN, <br> ADAN NIETO SIQUIEROS, <br> JOSE MIGUEL CRUZ-SALCIDO, <br> ALEJANDRO PANTOJA-SOLORIA, and <br> EDGAR ROMERO FIGUEROA <br><br> Defendants. | MAG. NO. 2:12-060 KJN <br><br> APPLICATION AND ORDER <br> FOR UNSEALING COMPLAINT |

On February 27, 2012, a complaint was filed in the above-referenced case. Since some of the defendants in this case have been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint and attached affidavit be unsealed.

DATED: March 2, 2012

BENJAMIN B. WAGNER
United States Attorney

By /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED:

DATED: 3-2-2012

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1